## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Moore, Kymberly D

Printed:  9/23/08

Case Number:  07 B 22874
Judge:  Hollis, Pamela S
Filed:  12/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  May 19, 2008
Confirmed:  February 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,293.00 |  |
| Secured: |  | 283.02 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 929.97 |
| Trustee Fee: |  | 80.01 |
| Other Funds: |  | 0.00 |
| Totals: | 1,293.00 | 1,293.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,066.50 | 929.97 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 596.87 | 214.78 |
| 4. | City Of Chicago | Secured | 257.37 | 68.24 |
| 5. | HSBC Mortgage Services | Secured | 11,928.74 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 3,923.38 | 0.00 |
| 7. | Capital One | Unsecured | 79.45 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 703.53 | 0.00 |
| 9. | Chicago Patrolmen's Fed Credit Union | Unsecured | 27.83 | 0.00 |
| 10. | Maximum Rehabiltation Services | Unsecured | 16.42 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 26.72 | 0.00 |
| 12. | Loan Express Company | Unsecured | 19.04 | 0.00 |
| 13. | Seventh Avenue | Unsecured | 32.18 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 46.09 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 21.16 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 23.78 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 19.37 | 0.00 |
| 18. | Advocate Illinois Masonic | Unsecured |  | No Claim Filed |
| 19. | Evergreen Med | Unsecured |  | No Claim Filed |
| 20. | Bank One | Unsecured |  | No Claim Filed |
| 21. | Active Periodicals | Unsecured |  | No Claim Filed |
| 22. | Bottom Line Books | Unsecured |  | No Claim Filed |
| 23. | Chicago Municipal Employees CU | Unsecured |  | No Claim Filed |
| 24. | Chicago Imaging Ltd | Unsecured |  | No Claim Filed |
| 25. | Capital One | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Moore, Kymberly D

Printed:  9/23/08

Case Number:  07 B 22874

Judge:  Hollis, Pamela S

Filed:  12/5/07

| | | | |
|---|---|---|---|
| 26. | Danita A Stinson | Unsecured | No Claim Filed |
| 27. | FBK Products LLC | Unsecured | No Claim Filed |
| 28. | Direct Tv | Unsecured | No Claim Filed |
| 29. | Evergreen Med | Unsecured | No Claim Filed |
| 30. | Loan Express Company | Unsecured | No Claim Filed |
| 31. | HSBC | Unsecured | No Claim Filed |
| 32. | HSBC | Unsecured | No Claim Filed |
| 33. | Fitness | Unsecured | No Claim Filed |
| 34. | Prevention | Unsecured | No Claim Filed |
| 35. | Loan Express Company | Unsecured | No Claim Filed |
| 36. | Natural Heath Magazine | Unsecured | No Claim Filed |
| 37. | MCI | Unsecured | No Claim Filed |
| 38. | One Spirit | Unsecured | No Claim Filed |
| 39. | Rnb Fields3 | Unsecured | No Claim Filed |
| 40. | Rnb Fields3 | Unsecured | No Claim Filed |
| 41. | Seventh Avenue | Unsecured | No Claim Filed |
| 42. | T Mobile USA | Unsecured | No Claim Filed |
| 43. | Washington Mutual Providian | Unsecured | No Claim Filed |
| 44. | Trinity Hospital | Unsecured | No Claim Filed |
| 45. | Weird N' Wild Creatures | Unsecured | No Claim Filed |
| 46. | Victoria's Secret | Unsecured | No Claim Filed |
| 47. | ACL Inc | Unsecured | No Claim Filed |
| 48. | World Financial Network Nat'l | Unsecured | No Claim Filed |
| 49. | The Herb Companion | Unsecured | No Claim Filed |
| 50. | Washington Mutual Providian | Unsecured | No Claim Filed |

$ 20,788.43          $ 1,212.99

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 21.76 |
| 6.5% | 58.25 |
| | $ 80.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: